# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| AL WILLIAMS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:26-CV-00802-ALM-AGD |
| | § | |
| PAUL KIM, et al., | § | |
| | § | |
| Defendants. | § | |

**MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the Report and Recommendation of United States Magistrate Judge ("Report"), this matter having been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On August 3, 2026, the Report of the Magistrate Judge, (Dkt. #17), was entered containing proposed findings of fact and recommendation that Plaintiff's case be dismissed without prejudice under Federal Rule of Civil Procedure 41(b).

On August 10, 2026, Plaintiff timely filed objections (Dkt. #19). Without leave of court, Plaintiff also filed a supplement to his Third Amended Complaint (Dkt. #18), which the Court hereby **STRIKES**. The Court has conducted a de novo review of Plaintiff's objections (Dkt. #19). Having done so, the Court is of the opinion that the findings of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings of the Court.

That is, while Plaintiff attempted to address the bankruptcy issue raised by the Report, he has failed to establish jurisdiction. Plaintiff's objections argue that he raised federal question subject matter jurisdiction (Dkt. #19 at p. 2), although none are present in his Third Amended Complaint (Dkt. #13). Regarding diversity jurisdiction, Plaintiff attempts to circumvent the

citizenship pleading requirement of the two individual Defendants by claiming they were "agents and employees" for the bank Defendant (Dkt. #19 at p. 2). Finally, Plaintiff argues the court can exercise supplemental jurisdiction, but there is no federal question or diversity subject matter jurisdiction in this case.

It is therefore **ORDERED** that Plaintiff's case is **DISMISSED WITHOUT PREJUDICE** under Federal Rule of Civil Procedure 41(b).

It is further **ORDERED** that any request for relief not addressed by the Report is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

**SIGNED this 17th day of September, 2026.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE